*#87-10454*
*All South Distributing*

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    120
1-2/210

TID #380290

| Case | Debtor |
|---|---|
| 87-10454 JAB | ALL SOUTH DISTRIBUTING CORP. |
| 3129460787566 | |

C. MICHAEL CHIASSON
P. O. BOX 55700
METAIRIE LA 70055-5700

Date 02/11/2004    $ ******10,706.77

~~~Ten Thousand Seven Hundred Six Dollars and 77/100

Pay to the Order of: U.S. BANKRUPTCY COURT
501 MAGAZINE ST., ROOM 601
NEW ORLEANS LA 70130-0000

_____
Trustee

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000120⑈ ⑆021000021⑆ 3129460787566⑈

---

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
New Orleans Division

# 00203247 - KF
February 26, 2004

| Code | Case # | Qty | Amount |
|---|---|---|---|
| TREASURY | 87-10454 | | 10,706.77 CK |

TOTAL→    10,706.77

FROM: CHAISSON

RELIEF
ORDERED
FEE PD.
C.S.D.
D.C.
S.D.

*$10706 77*
*Deposited to*
*Treasury 6047BK*
*on 2/26/04*

Michael Chiasson, Panel Trustee
United States Bankruptcy Trustee            (504) 284 - 5752
Post Office Box 55700
Metairie, La. 70055 - 5700

February 11, 2004

Financial Administrator
United States Bankruptcy Court
501 Magazine Street, Room 601
New Orleans, La. 70130

Re:   Case No.:      87-10454-JAB
      CASE Name:     ALL SOUTH DISTRIBUTING CORP.

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to:

<u>Creditor's name and address</u>   <u>Amount, pursuant to Rule 3011</u>

Allsop, Inc.                         $1,876.55
C/o Eagle Financial Services
321 Union Street
Rockland, Ma. 02370

Allsop, Inc.                         $ 470.78
C/o Eagle Financial Services
321 Union Street
Rockland, Ma. 02370

Discos CBS International             $2,900.00
2190 NW 89th Place
Miami, Fl. 33172

Discos CBS International             $ 727.54
2190 NW 89th Place
Miami, Fl. 33172

| | |
|---|---|
| Moss Music Group, Inc.<br>200 Varick St.<br>New York, NY | $2,482.94 |
| Moss Music Group, Inc.<br>200 Varick St.<br>New York, NY | $ 622.91 |
| Maxwell Corp. Of America<br>C/o Seymour Gillman<br>2 Park Avenue<br>New York, NY 10016 | $1,299.93 |
| Maxwell Corp. Of America<br>C/o Seymour Gillman<br>2 Park Avenue<br>New York, NY 10016 | $ 326.12 |
| **Total** | $_10,706.77_ |

My check is being sent to you because I issued a check for the same amount to the creditor(s) named above and it has been returned to be by the Post Office as it could not be delivered.

Sincerely;

Michael Chiasson, Trustee