# United States Bankruptcy Court for the
## Eastern District of Louisiana

**FILED**

IN RE:

All South Distributing Corp.

Case No. 87-10454
Chapter 7

2011 AUG 19 P 1:24

U.S. BANKRUPTCY COURT
NEW ORLEANS, LA

_____Debtor(s)_____ /

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $1,626.05 was issued by the trustee to Maxwell Corp. of America, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to Maxell Corporation of America's ("Maxell") corporate attorney at 2 Park Avenue, New York, NY 10016. That address is no longer valid. Maxell's current address is 3 Garrett Mountain Place Suite 300, Woodland Park NJ 07424. Maxell still owns the debt incurred by the debtor as evidenced by a print out of Maxell's internal database labeled exhibit A. Leonard Haine is the Vice President and Director of Maxell as evidenced by exhibit B.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Eastern District of Louisiana has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Maxell Corporation of America, creditor, hereby petitions the Court for $1,626.05, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Maxell Corporation of America c/o Dilks & Knopik, LLC, Attorney in Fact, and mail said check to the following address: P.O. Box 2728, Issaquah, WA 98027-0125.

Dated: November 3, 2010

Respectfully Submitted:

_____
Brian J. Dilks
Dilks & Knopik, LLC

On 11/3/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Caryn M. Dilks, Notary Public

My commission expires: July 29, 2014
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Maxell Corporation of America is legally entitled to the unclaimed funds referenced in this application.

Dated November 3, 2010

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Maxell Corporation of America.


On __11\3\10__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

        All South Distributing Corp.

Case No. 87-10454
Chapter 7

        Debtor(s) /

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on November 3, 2010 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties via US Mail or Electronic Mail:

U.S. Attorney for the Eastern District of Louisiana
Attn: Jim Letten
500 Poydras Street, Room B210
New Orleans, LA 70130

Thomas E. Schafer, III
Debtor's Attorney
tomschafer37@bellsouth.net

Michael Chiasson
Case Trustee
mikesfigment@bellsouth.net

All South Distributing Corp.
Debtor
1037 Broadway
New Orleans, LA 70118

Maxell Corporation of America
3 Garrett Mountain Place Suite 300
Woodland Park, NJ 07424

Dated: November 3, 2010

                                            Brian J. Dilks
                                            Dilks & Knopik, LLC
                                            Attorney in Fact for Maxell Corporation of America